IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| BRACKFIELD & ASSOCIATES PARTNERSHIP, a/k/a BRACKFIELD & ASSOCIATES, G.P., and EUGENE BRACKFIELD, JR.<br><br>Plaintiffs,<br><br>v.<br><br>BRANCH BANKING AND TRUST COMPANY<br><br>Defendant. | No. 3:14-cv-PLR-HBG<br>JURY DEMANDED<br>Reeves/Guyton |

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

The parties, Brackfield & Associates Partnership, a/k/a Brackfield & Associates, G.P., and Eugene Brackfield, Jr. and Branch Banking and Trust Company, by and through their undersigned counsel of record, jointly move the Court for entry of the [proposed] Agreed Protective Order attached hereto.

Respectfully submitted this 18th day of June, 2015.

                            **FRANTZ, McCONNELL & SEYMOUR, LLP**

                            By:     s/Matthew A. Grossman
                            Matthew A. Grossman (BPR # 022107)
                            Taylor D. Forrester (BPR #027228)
                            P.O. Box 39
                            Knoxville, TN 37901
                            (865) 546-9321
                            mgrossman@fmsllp.com
                            tforrester@fmsllp.com

                            *Attorneys for Plaintiffs*

1

BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, P.C.

By:    s/Summer H. McMillan
Richard B. Gossett (BPR # 001686)
Summer H. McMillan (BPR # 020296)
265 Brookview Centre Way
Suite 600
Knoxville, TN 37919
(865) 549-7000
dgossett@bakerdonelson.com
smcmillan@bakerdonelson.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2015 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

    /s/ Summer H. McMillan
    Summer H. McMillan

2