UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| Brackfield & Associates Partnership ) <br> a/k/a Brackfield & Associates, G.P., ) <br> and Eugene Brackfield, Jr., ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> Branch Banking and Trust Company, ) <br> ) <br> *Defendant*. ) | Case No. 3:14-cv-524-PLR-HBG |

## JUDGMENT

In accordance with the Memorandum Opinion filed contemporaneously herewith, it is **ORDERED** that the Defendant's motion to dismiss Plaintiffs' claim under the Right to Financial Privacy Act is **DISMISSED, with prejudice.** Plaintiffs' claim for breach of contract under Tennessee state law is **DISMISSED, without prejudice.**

Enter:

_____
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ *Debra C. Poplin*
CLERK OF COURT