## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

Filed: May 6, 2016

Ms. Debra Poplin
Eastern District of Tennessee at Knoxville
800 Market Street
Suite 130 Howard H. Baker, Jr. U.S. Courthouse
Knoxville, TN 37902-0000

Re: Case No. 15-6092, *Brackfield & Assoc Partnership, et al v. Branch Banking and Trust Co*
Originating Case No. : 3:14-cv-00524

Dear Clerk:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Renee M. Jefferies
Case Manager
Direct Dial No. 513-564-7021

cc: Mr. Richard Baxter Gossett
    Mr. Matthew Adam Grossman
    Ms. Summer H. McMillan

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 15-6092

_____

Filed: May 06, 2016

BRACKFIELD & ASSOCIATES PARTNERSHIP, aka Brackfield & Associates, G.P.; EUGENE BRACKFIELD, JR.

      Plaintiffs - Appellants

v.

BRANCH BANKING AND TRUST COMPANY

      Defendant - Appellee

## MANDATE

   Pursuant to the court's disposition that was filed 04/14/2016 the mandate for this case hereby issues today.

COSTS: None